PROB 12B
ED/AR (12/2013)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 30 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Roy Harper                    Case Number: 4:09CR00040-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Original Offense:   Possession of Child Pornography

Date of Sentence:   January 14, 2010

Original Sentence:  54 months Bureau of Prisons, 10 years supervised release, 30 months home detention with electronic monitoring, substance abuse testing, drug treatment, abstain from the use of alcohol throughout the course of supervision, no direct contact with minors, sex offender treatment, sex offender registration, provide state officials with all information requested under Arkansas sexual predator and sexual offender notification and registration statutes, prohibited from possessing, subscribing to, or viewing any form of media containing pornographic images or sexually explicit material including magazines, literature, videos, CD's, DVD's, digital media or photographs, computer and internet restriction, participate in the computer restriction/monitoring program and $100 special penalty assessment.

| Type of Supervision: | Supervised Release | Date Supervision Commenced: December 24, 2013 Date Supervision Expires: December 23, 2023 | |
|---|---|---|---|
| U.S. Probation Officer: Emilienne Ngampa | | Asst. U.S. Attorney: Marsha Clevenger | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

The defendant will submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Prob 12B            -2-            Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

Name of Offender: David Roy Harper        Case Number: 4:09CR00040-001 SWW

## CAUSE

On March 12, 2014, David Harper was administered a polygraph examination by Todd Armstrong of Arkansas Polygraph and Investigative Associates. David Harper was being tested to determine if he has been truthful regarding his sexual history. Due to the lack of consistent physiological responses on his polygraph charts, the examiner could not render an opinion to his truthfulness; therefore, the examination was rendered inconclusive. On August 12, 2014, during a pre-test polygraph examination, Mr. Harper revealed he purchased two movies through his television service provider. One movie, he said, contained homosexual sex scenes, and the other contained sex scenes and content of males and females having sex. Mr. Harper said he purposely ordered those movies for sexual gratification, and he masturbated to the images. He added he had not disclosed this information to his sex offender therapist and had intentionally kept it from his sex offender group therapy. Based on this information, a search condition is requested to give probation with the tool necessary to ensure he abides by his special conditions already in effect.

On September 18, 2014, the United States Probation Office discussed this proposed modification with Mr. Harper and Assistant Public Defender Kim Driggers who were all in agreement and signed the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision (Prob 49). Therefore, it is respectfully requested that Mr. Harper's conditions be modified as stated above.

_____  
Emilienne Ngampa  
U.S. Probation Officer  
Date: September 19, 2014

_____  
Marsha Clevenger  
Assistant U.S. Attorney  
Date: 9/22/14

Approved:

_____  
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action  
☐ The Extension of Supervision as Noted Above  
☒ The Modification of Conditions as Noted Above  
☐ Other

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  David Roy Harper          Case Number:  4:09CR00040-001 SWW

Signature of Judicial Officer _____

Date  9-30-2014

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

**Waiver of Hearing to Modify Conditions**
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release:

**The defendant will submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.**

Witness: _____Emilienne Ngampa_____  Signed: _David R. Harper_____
    U.S. Probation Officer       Probationer or Supervised Releasee

_____9-18-2014_____
DATE

Kim Driggers,
Assistant Federal public defender